UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA WOODFIELD,<br><br>            Plaintiff,<br><br>     v.<br><br>ZIMMER US, INC., ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>            Defendants. | Case No. 17-cv-4730<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

To:     Nicholas R. Farnolo, Esq.
         NAPOLI SHKOLNIK, LLC
         400 Broadhollow Road
         Melville, New York 11747
         (212) 397-1000

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Faegre Baker Daniels LLP, and a member in good standing of the Bar of the State of Indiana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  April 10, 2018

                                                     Respectfully submitted,

                                                     */s/ Eldin Hasic*
                                                     Eldin Hasic
                                                     Faegre Baker Daniels LLP
                                                     110 West Berry Street, Suite 2400
                                                     Fort Wayne, Indiana 46802
                                                     Telephone: (260) 460-1704
                                                     eldin.hasic@faegrebd.com

                                                     Counsel for Defendants Zimmer US, Inc., Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc.